IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ERWIN PLENTY CHIEF, SR.,<br><br>   Defendant. | Case No. 1:18-cr-0060<br><br>UNITED STATES SENTENCING MEMORANDUM |

There are no objections to the PSI in this matter based on PSI acknowledgment of parties contemplated plea agreement regarding firearm enhancement.

Dated this 1st day of April, 2019.

                                        CHRISTOPHER C. MYERS
                                        United States Attorney

By:   */s/ Brandi Sasse Russell*
       BRANDI SASSE RUSSELL
       Assistant United States Attorney
       P. O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       N.D. Bar Board ID No. 05661
       Attorney for United States